IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE FOR THE BENEFIT OF THE REGISTERED HOLDERS OF MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2013-C11, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2013-C11<br><br>*Plaintiff,*<br><br>v.<br><br>BEN MOUSAVI,<br><br>*Defendant.* | § § § § § § § § § § § § § § § § § § § | <br><br><br><br><br><br><br><br><br><br><br>CIVIL ACTION NO. 4:20-cv-03290 |

### RULE 41 STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties in the above-captioned lawsuit jointly dismiss all claims asserted by all parties in the above-captioned matter with prejudice to re-filing.

All costs and fees will be borne by the party incurring same.

1

Respectfully submitted,

| | |
|---|---|
| *[signature: Chris Chauvin]* | /s/ Walter J. Cicack |
| Christopher L. Chauvin | Walter J. Cicack |
| Texas Bar No. 24045644 | State Bar No. 04250535 |
| S.D. Tex. Bar No. 917854 | S.D. Bar No. 8094 |
| chris.chauvin@tklaw.com | wcicack@hcgllp.com |
| Alexander T. Dimock | Korri D. Bryant |
| Texas Bar No. 24094628 | State Bar No. 24097627 |
| S.D. Tex. Bar No. 3114132 | S.D. Bar No. 2980003 |
| alex.dimock@tklaw.com | kbryant@hcgllp.com |
| | |
| **THOMPSON & KNIGHT LLP** | **HAWASH CICACK & GASTON LLP** |
| 1722 Routh Street, Suite 1500 | 3401 Allen Parkway, Suite 200 |
| Dallas, Texas 75201 | Houston, Texas 77019 |
| (214) 969-1700 | (713) 658-9015 - tel/fax |
| (214) 969-1751 (facsimile) | |
| | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I served a true and correct copy of the foregoing document on all counsel of record by this Court's ECF filing system.

*[signature: Chris Chauvin]*

Christopher L. Chauvin